UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 23-20163-1

v.                                        Honorable Shalina D. Kumar
                                              United States District Judge

STEVEN R. MURPHY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

On October 24, 2023, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Steven D. Murphy's consent. ECF No. 42. The same day, the magistrate judge issued a Report recommending this Court accept Defendant's guilty plea (R&R). ECF No. 47. The R&R gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal the magistrate judge's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* Fed. R. Crim. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that the R&R, ECF No. 47, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and that the Rule 11 Plea Agreement, ECF No. 46, is **TAKEN UNDER ADVISEMENT**.

Dated: November 8, 2023

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge